# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

April 14, 2004

Before

Hon. Kenneth F. Ripple, Circuit Judge

Hon. Daniel A. Manion, Circuit Judge

Hon. Ann Claire Williams, Circuit Judge

No 02-4015

United States of America,

                   Plaintiff-Appellee,

v.

Durriel E. Gillaum,

              Defendant-Appellant.

Appeal from the United States
District Court for the Western
District of Wisconsin.

No. 02 CR 21

Barbara B. Crabb, Chief Judge.

ORDER

On consideration of the petition for rehearing and suggestion for rehearing en banc filed by the appellant on February 2, 2004, and the answer of the appellee, all of the members of the original panel have voted to grant the petition for rehearing.  Accordingly, the petition for rehearing is granted, the opinion issued January 20, 2004, is withdrawn, and the panel will take the case under advisement on the briefs and the record.